UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUCILEIA PEREIRA RIBEIRO,<br><br>                              Petitioner,<br>v.<br><br>DAVID WESLING, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director of U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security,<br><br>                              Respondents. | Civil Action No. 25-cv-13887-LTS |

**NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR AWARD OF ATTORNEY'S FEES**

Respondents respectfully provide this Court notice of the attached supplemental authority, which supports Respondents' position in their Opposition (Dkt. No. 14) to Petitioner's Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA") Under 28 U.S.C. § 2412(d)(1)(B) (Doc. No. 11).

On February 6, 2026, the United States Court of Appeals for the Fifth Circuit – the only Circuit Court thus far to directly address the legal question at issue in this case – concluded that "applicants for admission," which includes all aliens who have not previously been admitted to the United States, are necessarily "seeking admission" and therefore subject to mandatory detention under § 1225(b)(2)(A). *Buenrostro Mendez, et al. v. Bondi, et al.*, No. 25-20496 (5th Cir. Feb. 6, 2026). Respondents assert that the Fifth Circuit's decision illustrates that the agency's actions, and Respondents' litigation position, were both substantially justified such that an award

1

of EAJA fees is inappropriate. A copy of the Fifth Circuit's decision is attached.

Dated: February 8, 2026                                      Respectfully submitted,

                                                                  LEAH B. FOLEY
                                                                  United States Attorney

By:  */s/ Anuj K. Khetarpal*
      Assistant U.S. Attorney
      U.S. Attorney's Office
      John Joseph Moakley U.S. Courthouse
      One Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      (617) 748-3658
      Anuj.Khetarpal@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on February 8, 2026.

                                                  */s/ Anuj K. Khetarpal*
                                                  Anuj Khetarpal
                                                  Assistant U.S. Attorney